UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 11-7943-GHK(AJW)                    Date: September 27, 2012

TITLE: <u>Shandale Reyes v. Lewis</u>

============================================================

PRESENT:   HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

  <u>   Ysela Benavides   </u>      <u>                    </u>
   Deputy Clerk         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:
    None            None

**ORDER TO SHOW CAUSE**

On September 29, 2011, the Court granted petitioner's request for a stay so that petitioner could exhaust his state remedies with respect to four of the claims presented in his petition. Petitioner was directed to file and serve status reports every twenty-eight (28) days thereafter informing the Court of his efforts to exhaust his state remedies. Petitioner was cautioned that failure to timely file status reports might result in dismissal of the unexhausted claims from this case.

Petitioner, who is now represented by counsel, filed his last status report on July 26, 2012, stating that it appeared that petitioner may not have filed any petition in state court in order to exhaust his state remedies. Petitioner's counsel indicated that intended to confer with petitioner regarding efforts to exhaust state remedies, among other things. Two months have passed, however, and petitioner has failed to file another status report as directed by the September 29, 2011 order. Petitioner shall have twenty-one (21) days from the date of this order to show cause why his unexhausted claims should not be dismissed based upon petitioner's failure to prosecute or comply with the Court's order. In particular, petitioner must inform the Court of the status of his state court exhaustion proceedings, if any. Failure to timely comply with this order may result in dismissal of the entire petition.

**IT IS SO ORDERED.**
cc:  Parties

MINUTES FORM 11            Initials of Deputy Clerk_____
C I V I L - G E N