UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES--GENERAL

Case No. CV 11-7943-GHK(AJW)              Date: December 7, 2012

TITLE: Shandale Reyes v. Lewis

PRESENT:    HON. ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

         Ysela Benavides
         Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                  None

**ORDER TO SHOW CAUSE**

On September 29, 2011, the Court granted petitioner's request for a
stay so that petitioner could exhaust his state remedies with respect
to four of the claims presented in his petition.  Petitioner was
directed to file and serve status reports every twenty-eight (28)
days thereafter informing the Court of his efforts to exhaust his
state remedies.  Petitioner was cautioned that failure to timely file
status reports might result in dismissal of the unexhausted claims
from this case.

Petitioner, who is now represented by counsel, filed his last status
report on July 26, 2012.  That report indicated that counsel could
not determine whether petitioner had filed any petition in state
court in order to exhaust his state remedies.  Petitioner's counsel
stated that intended to confer with petitioner regarding efforts to
exhaust state remedies.

On September 27, 2012, after no further status report from
petitioner, the Court issued an order to show cause why the petition
should not be dismissed for failure to prosecute this case or comply
with the Court's order.  Petitioner's counsel filed a response on
October 17, 2012, again indicating that he was not sure whether
petitioner had taken any steps to file a petition in state court.
Petitioner's counsel stated that he would be able to notify the Court
within forty-five days whether or not the state petition has been
filed and whether or not withdrawal of the unexhausted claims was
warranted.  As of the date of this order, petitioner's counsel has
not filed such a status report.

Petitioner shall have twenty-eight (28) days from the date of this
order within which to file a status report indicating the status of
his efforts to exhaust (including an explanation for what appears to
be undue delay and a lack of diligence) and whether he intends to
withdraw the unexhausted claims from the petition.

Petitioner is cautioned that his failure to comply with this order will be deemed his consent to the dismissal of this mixed petition without prejudice.[1]


**IT IS SO ORDERED.**
cc:  Parties

MINUTES FORM 11                                          Initials of Deputy Clerk_____
C I V I L - G E N

---

[1]    Petitioner is cautioned that in the event his petition is dismissed, a future federal petition may be barred by the one year limitation period.  <u>See</u> 28 U.S.C. §2244(d).

MINUTES FORM 11                                          Initials of Deputy Clerk_____
CIVIL-GEN                      Page 2 of  2