UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SHANDALE REYES, | ) | Case No. CV 11-7943-GHK(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date:  8/25/14

_____
George H. King
United States District Judge