UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANDALE REYES, | ) Case No. CV 11-7943-GHK(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LEWIS, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 8/20/15

_____
George H. King
United States District Judge